962

No. 279, Misc. SHEPHERD v. TUCKER, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 280, Misc. MANKO v. TUCKER, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 281, Misc. McDANIEL v. TUCKER, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 283, Misc. HOLLIS v. ELLIS, DIRECTOR, TEXAS PRISON SYSTEM. Court of Criminal Appeals of Texas. Certiorari denied.

No. 299, Misc. FIRMSTONE v. MYERS, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 308, Misc. SCOTT ET AL. v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioners *pro se*. *Solicitor General Rankin, Acting Assistant Attorney General McLean* and *Beatrice Rosenberg* for the United States.

No. 311, Misc. MEADORS v. NASH, WARDEN. Supreme Court of Missouri. Certiorari denied. Petitioner *pro se*. *John M. Dalton*, Attorney General of Missouri, and *Aubrey R. Hammett, Jr.*, Assistant Attorney General, for respondent.

No. 345, Misc. AZULAY v. PEPERSACK, WARDEN. Court of Appeals of Maryland. Certiorari denied.